IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENDY MARIE PIERSON, <br><br> Petitioner, <br><br> vs. <br><br> STATE COURT, <br><br> Respondent. | 8:23CV186 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On June 29, 2023, the Clerk of the Court sent an order to Petitioner at her last known address and it was returned to this Court as undeliverable. *See* Filing No. 10. Petitioner has an obligation to keep the Court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Petitioner's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Petitioner must update her address within 30 days. Failure to do so will result in dismissal of this action without further notice to Petitioner.

2. The Clerk of the Court is directed to send a copy of this order to Petitioner's last known address at the Douglas County Department of Corrections.

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **August 11, 2023**: check for address.

Dated this 11th day of July, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge