IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENDY MARIE PIERSON,<br><br>               Petitioner,<br><br>     vs.<br><br>STATE COURT,<br><br>               Respondent. | 8:23CV186<br><br>**MEMORANDUM AND ORDER** |

On July 11, 2023, the Court ordered Plaintiff to update her address with the Court within 30 days or face dismissal of this action. Filing No. 11. To date, Plaintiff has not updated her address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 3rd day of January, 2024.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge